IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CHARLIE E. JAMES,

        Petitioner

VS.

FRANKIE TEASLEY,

        Respondent

CIVIL ACTION NO.: 5:10-CV-345 (MTT)

# ORDER

Petitioner **CHARLIE E. JAMES**, an inmate at Dodge State Prison in Chester, Georgia, filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. He filed this petition in the United States District Court for the Northern District of Georgia. Petitioner challenged a February 26, 2010 conviction and sentence entered in the Superior Court of Washington County. The United States District Court for the Northern District of Georgia transferred the action to this Court because Washington County is located in the Middle District of Georgia.

Petitioner explained that he pled guilty to driving on a suspected license, not wearing a seat belt, and possession of cocaine on February 26, 2010 and he received a 10-year sentence. Petitioner stated that he filed a state habeas corpus action in Wilkes County Georgia on July 7, 2010 and this action is currently pending in the state court.

In a letter dated September 28, 2010, Petitioner requested this Court to dismiss his 28 U.S.C. § 2254 petition without prejudice while he pursues his state habeas. Petitioner is correct that he must, before pursuing federal habeas corpus relief, exhaust available state remedies. This exhaustion requirement is codified in 28 U.S.C. § 2254 (b)-(c).

As Petitioner has not exhausted his state remedies and as he requested his action be dismissed while he does so, it is hereby **ORDERED** that the instant petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** to the right of the Petitioner to re-file once he has afforded the state courts an opportunity to review his grounds for relief.

**SO ORDERED**, this 12th day of October, 2010.

s/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lnb